UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

In re:

AMERICORE HOLDINGS, LLC, et al.[1]                    CASE NO. 19-61608

    Debtors.
_____/

ST. ALEXIUS HOSPITAL CORPORATION #1,

    Plaintiff,

v.                                                    ADV. NO. 20-6005

JOVITA CARRANZA, in her capacity as
Administrator for the U.S. Small Business
Administration,

    Defendant.
_____/

**NOTICE OF WITHDRAWAL OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND REQUEST FOR HEARING DATE AND BRIEFING SCHEDULE WITH RESPECT TO THE DEBTOR'S REQUEST FOR A PRELIMNARY INJUNCTION (DOC. NO. 2)**

St. Alexius Hospital Corporation #1 ("St. Alexius"), as plaintiff herein, and as a debtor in the Chapter 11 cases being jointly administered under the lead case of *In re Americore Holdings, LLC*, by and through Carol L. Fox, the Chapter 11 Trustee ("Ms. Fox" or "Trustee"), hereby gives notice of withdrawal of the *EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND REQUEST FOR HEARING DATE AND BRIEFING SCHEDULE WITH RESPECT TO THE DEBTOR'S REQUEST FOR A PRELIMNARY INJUNCTION* (the "Preliminary Injunction

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

Motion") that was filed with this Court on May 6, 2020, as Docket Entry No. 2, and respectfully states as follows:

1. On May 8, 2020, the Court entered an order granting Plaintiff's request for a Temporary Restraining Order (Doc. No. 13) ("TRO"). The Order expires by its terms on Friday, May 22, 2020.

2. Last evening, May 19, 2020, the Trustee received notice that St. Alexius's PPP application was approved. Moments before filing the instant notice, the Trustee received confirmation that the PPP funds were received into a segregated Debtor In Possession account at East West Bank.

3. As such, the Defendant has complied with the terms of the TRO, rendering the Preliminary Injunction Motion (Doc. No. 2) moot.

Respectfully submitted this 20th day of May 2020.

*s/ Tiffany Payne Geyer*
TIFFANY PAYNE GEYER (*admitted pro hac vice*)
Florida Bar No. 421448
BAKER & HOSTETLER LLP
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801
Telephone 407-649-4000
Facsimile 407-841-0168
tpaynegeyer@bakerlaw.com
*Counsel to Chapter 11 Trustee*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 20, 2020, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, which will provide a Notice of Electronic Filing and copy to all parties requesting such notice.

*s/ Tiffany Payne Geyer*
TIFFANY PAYNE GEYER

4811-6177-5293.5

2