UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

In re:

AMERICORE HOLDINGS, LLC, et al.[1]  CASE NO. 19-61608

    Debtors.
_____/

ST. ALEXIUS HOSPITAL CORPORATION #1,

    Plaintiff,

v.  ADV. NO. 20-6005

JOVITA CARRANZA, in her capacity as
Administrator for the U.S. Small Business
Administration,

    Defendant.
_____/

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), via Fed. R. Bankr. P. 7041, Plaintiff voluntarily dismisses this action in its entirety without prejudice. Neither an answer nor a motion for summary judgment has been filed.

Date: May 22, 2020

    */s/ Tiffany Payne Geyer*
    TIFFANY PAYNE GEYER (*admitted pro hac vice*)
    Florida Bar No. 421448
    BAKER & HOSTETLER LLP
    200 South Orange Avenue, Suite 2300
    Orlando, Florida 32801
    Telephone 407-649-4000
    Facsimile 407-841-0168
    tpaynegeyer@bakerlaw.com
    *Counsel to Chapter 11 Trustee*

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 22, 2020, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, which will provide a Notice of Electronic Filing and copy to all parties requesting such notice.

*s/ Tiffany Payne Geyer*
TIFFANY PAYNE GEYER

4830-1730-0669.2